UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 521 |
| v. | ) | |
| | ) | Judge Susan E. Cox |
| ROBERTO SANCHEZ, et. al. | ) | |


## <u>ATTORNEY DESIGNATION</u>


Please take notice that the undersigned Assistant United States Attorney is designated in the

above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7855

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

### ATTORNEY DESIGNATION

was served on July 7, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ *Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorneys
219 South Dearborn
Chicago, Illinois  60604
(312) 886-7855