UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | JUDGE CONLON |
| --- | --- | --- |
| v. | ) | No. 08 CR 521 |
| | ) | Violations: Title 21, |
| JAVIER CHAVEZ | ) | United States Code, |
| a.k.a. Cabezon | ) | Section 846; Title 18, |
| | ) | United States Code, |
| | ) | Section 2. |
| | ) | MAGISTRATE JUDGE COX |

THE SPECIAL MARCH 2007 GRAND JURY charges:

From in or about September 2007, until on or about June 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere:

JAVIER CHAVEZ a.k.a.
Cabezon,

defendant herein, did conspire and agree with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute in excess of five kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY