Minute Order Form (06/97)

**MAGISTRATE JUDGE COX**

United States District Court, Northern District of Illinois

07 GJ 734

| Name of Assigned Judge or Magistrate Judge | JUDGE CONLON | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 0521 | DATE | JULY 16, 2008 |
| CASE TITLE | US v. JAVIER CHAVEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL MARCH 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____ Morton Denlow _____

DOCKET ENTRY:

DEFENDANT CURRENTLY DETAINED IN CALIFORNIA UPON ARREST WARRANT ISSUED IN THE NORTHERN DISTRICT OF IL., PURSUANT TO THE COMPLAINT FILED IN THIS MATTER. PRELIMINARY BOND SET AT $400,000.00 PROVIDED BOND CAN BE RAISED BY JULY 30, 2008. IF RELEASED, DEFENDANT IS TO VOLUNTARILY APPEAR IN THE NORTHERN DISTRICT OF IL ON A DATE TO BE DETERMINED BY THE COURT. IF DEFENDANT FAILS TO POST BOND BY THE DATE SPECIFIED, HE WILL BE BROUGHT TO THE NORTHERN DISTRICT OF IL. IN CUSTODY, FOR HIS ARRAIGNMENT.

**FILED**
JUL 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |