UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) No.   08 CR 521
) JUDGE SUZANNE B. CONLON
JAVIER CHAVEZ )

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:           Javier Chaves
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

Los Angeles Metropolitan Detention Center.

Your petitioner further represents to Your Honor that the said prisoner has been indicted in the Eastern Division of the Northern District of Illinois with violations of Title 21, United States Code, Section 846, and is now wanted in such division and district on August 8, 2008 at 9:00 a.m. for arraignment before Judge Suzanne Conlon Courtroom 1743.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

WARDEN
MDC Los Angeles
Metropolitan Detention Center
535 N Alameda Street
Los Angeles, CA 90012

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that Javier Chaves be returned forthwith to said institution from which he was brought.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

By: _____
      LELA D. JOHNSON
      Assistant U.S. Attorney