## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 4 | **DATE** | 7/22/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JAVIER CHAVEZ | | |

**DOCKET ENTRY TEXT**

Petition for Writ of Habeas Corpus Ad Prosequendum is granted.  ENTER ORDER.  Arraignment set on July 31, 2008 is reset on August 8, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Docketing to mail notices.

Writs Issued
JUL 2 2 2008

| | Courtroom Deputy Initials: | WH |
|---|---|---|