UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.　08 CR 521 |
| ) | JUDGE SUZANNE B. CONLON |
| JAVIER CHAVEZ ) | |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

　　　　Name:　　　　　　　　Javier Chaves
　　　　Date of Birth:
　　　　Sex:
　　　　Race:
　　　　Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

　　　　Los Angeles Metropolitan Detention Center,

and that said defendant is charged in the above-captioned case with violations of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:00 a.m. on August 7, 2008 for arraignment before Judge Conlon in Courtroom 1743.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL　　　　　　WARDEN
Northern District of Illinois　　　　　　　MDC Los Angeles
219 S. Dearborn　　　　　　　　　　　　Metropolitan Detention Center
Chicago, Illinois 60604　　　　　　　　　535 N Alameda Street
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90012

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Suzanne B. Conlon*
SUZANNE B. CONLON
MAGISTRATE JUDGE

DATED at Chicago, Illinois
this 22nd day of July, 2008