**FILED**

JUL 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*LI*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☐ **YES** ■ If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE CONLON** *08 cr 521   USA vs Sanchez, et al*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

**NO** ☐ **YES** ■ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

08 CR 521                **MAGISTRATE JUDGE COX**

3) Is this a re-filing of a previously dismissed indictment or information? **NO** ■ **YES** ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO** ■ **YES** ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO** ■ **YES** ☐

6) What level of offense is this indictment or information? **FELONY** ■ **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?** **NO** ■ **YES** ☐

8) Does this indictment or information include a conspiracy count? **NO** ☐ **YES** ■

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery ... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault ............. (III) | | ☐ Motor Carrier Act ........... (IV) |
| ☐ Burglary ............ (IV) | ☐ Forgery .......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft .... (IV) | ☐ Counterfeiting .......... (III) | ☐ Obscene Mail .......... (III) |
| ☐ Postal Embezzlement .. (IV) | ☐ Sex Offenses .......... (II) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement .. (III) | ☐ DAPCA Marijuana ....... (III) | ☐ Transfer of Probation Jurisdiction (V) |
| | ■ DAPCA Narcotics ........ (III) | |

10) List the statute of each of the offenses charged in the indictment or information.

LELA D. JOHNSON
Assistant United States Attorney