# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 4 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Javier Chavez | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Javier Chavez.

Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | VKD |
|---|---|---|---|

2008 JUN 31 PM 5:14

FILED-SEC