*Return of service*

08 CR 521-4   USA v. Chavez

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Suzanne B. Conlon*
SUZANNE B. CONLON
MAGISTRATE JUDGE

DATED at Chicago, Illinois
this ___ day of July, 2008

**FILED**
JUL 30 2008 TG
Jul 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Subject Released on bond in C/CA. writ Returned unexecuted.

Kim Widup
U.S. Marshal

by _____
Kenneth Robinson
Deputy U.S. Marshal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.   08 CR 521 |
| | ) JUDGE SUZANNE B. CONLON |
| JAVIER CHAVEZ | ) |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:                    Javier Chaves
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Los Angeles Metropolitan Detention Center,

and that said defendant is charged in the above-captioned case with violations of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:00 a.m. on August 7, 2008 for arraignment before Judge Conlon in Courtroom 1743.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | MDC Los Angeles |
| 219 S. Dearborn | Metropolitan Detention Center |
| Chicago, Illinois 60604 | 535 N Alameda Street |
| | Los Angeles, CA 90012 |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad