# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. 08 CR 521-4 |
| ) | Honorable Judge Susan B. Conlon |
| ) | |
| v. ) | |
| ) | |
| JAVIER CHAVEZ ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES, Javier Chavez, by and through his court appointed counsel, Brian M. Collins, and moves this Honorable Court to extend time for the filing of Pretrial Motions, and in support thereof states as follows:

1. Brian M. Collins, was appointed to represent Javier Chavez on or about August 8, 2008. Brian Collins was the duty attorney for the Federal Defender on that date. At that initial appearance, Javier Chavez was taken into custody.

2. The Court set a schedule for Pre Trial Motions to be filed on or before August 18, 2008.

3. On August 12, 2008, counsel received a packet of disks from Assistant United States Attorney Lela A. Johnson. It is counsels' understanding that those disks contain thousands of pages of discovery. Those disks must be reviewed by counsel prior to being able to file any Pre Trial Motions with respect to any of that evidence. Additionally, some, or all of them, must be reviewed by the client. Additionally, a significant amount of those materials are in Spanish and an interpreter is necessary to review the tapes. As

of those materials are in Spanish and an interpreter is necessary to review the tapes. As the Court will recall a Chicago Police Officer testified to a voice identification in the initial bond hearing for Javier Chavez in the United States District Court for the Central District of California. Counsel is not familiar with any of the voices of any of the people whose voices may be heard on the disk. It is necessary for Javier Chavez to listen to those disks so that in consultation with counsel whatever necessary and proper Pre Trial Motions should be filed can be filed. Prior to the presentation of this motion counsel will attempt to ascertain from the Metropolitan Correctional Center what facilities are available to do that listening by Javier Chavez.

4.  Additionally, counsel was appointed to represent clients on several other cases at or about the same time counsel was appointed to represent Javier Chavez. Those include U.S.A. v. Quentin Reed, 06 CR 324-19, U.S.A v. Cristobal Vargas, 08 CR 630, U.S.A. v. Howard L. Wilson, Jr., 04 CR 1064 (scheduled for appointment on Friday, August 15, 2008). Additionally, counsel is in the process and has been in the process for several months of completing a Pre Trial Memorandum in a case in state court entitled In Re Tatiana Long, 01 JA 1299 which involves various issues of child custody and allegation of sexual abuse regarding a minor. That matter should be completed within the next 10 days.

5.  Counsel will not be able to review all of the discovery materials, with or without the cooperation and similar review by the client on or by August 18, 2008. An additional 14 days, minimally, will be necessary to review all of the materials and complete that review and file whatever Pre Trial Motions are required regarding the case.

6.   Additionally, counsel is scheduled to be out of the state of Illinois between September 13, 2008 and September 25, 2008. It involves a long ago scheduled trip the cost of which is partially prepaid.

**WHEREFORE,** Counsel respectfully requests an additional 14 days in which to file Pre Trial Motions until September1, 2008.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

3

**STATE OF ILLINOIS** )
                              ) SS
**COUNTY OF COOK** )

## PROOF OF SERVICE

I, Brian M. Collins, an attorney, certify and verify that on August 13, 2008 I hand delivered and/or electronically filed a copy of the foregoing **MOTION FOR EXTENSION OF TIME** to:

Lela D. Johnson, A.U.S.A
219 South Dearborn
Suite 500
Chicago, Illinois 60604

 

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

4