UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 521-4 |
| v. | ) | Hon. Suzanne Conlon |
| ROBERTO SANCHEZ, a/k/a "Beto", | ) | |
| RAUL GALLEGAS ROJAS, | ) | |
| MARIO DIAZ, JAVIER CHAVEZ | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge Suzanne Conlon in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**, at which time and place you may appear if you see fit.

Dated: August 14, 2008

                                                     Respectfully submitted,

                                                     PATRICK J. FITZGERALD
                                                     United States Attorney

                                           By: /s/ Lela D. Johnson   .
                                                LELA D. JOHNSON
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, IL 60604
                                                312-353-4320

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was, on August 14, 2008, served pursuant to the district court's ECF system as to ECF filers.

      /s/ Lela D. Johnson
      LELA D. JOHNSON
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois  60604
      (312) 353-4320