# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 08 CR 521-4 |
| Plaintiffs, ) | Honorable Judge Susan B. Conlon |
| ) | |
| v. ) | |
| ) | |
| JAVIER CHAVEZ ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPOINT EXPERT WITNESS

**NOW COMES** Javier Chavez, by and through his counsel, Brian M. Collins, and moves this Honorable Court to appoint an expert witness and in support thereof states as follows:

1. Counsel has received limited discovery in the form of disks. This material purports to be conversations involving alleged co-conspirators or other persons. Much of this discovery is in the Spanish language. Therefore, it is necessary to retain an expert witness to review and translate that evidence.

**WHEREFORE,** the defendant respectfully requests that this Court grant his motion to appoint an expert witness.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

STATE OF ILLINOIS )
                        ) SS
COUNTY OF COOK )

## PROOF OF SERVICE

I, Brian M. Collins, an attorney, certify and verify that on August 18, 2008 I hand delivered and/or electronically filed a copy of the foregoing **MOTION TO APPOINT EXPERT WITNESS**, to:

Lela D. Johnson
Assistant U.S. Attorney
219 S. Dearborn
Suite 500
Chicago, Illinois 60604

                                             By: s/ Brian M. Collins

                                             BRIAN M. COLLINS
                                             70 W. Hubbard Street,
                                             Suite 302
                                             Chicago, Illinois 60610
                                             Tel: (312) 755 0303
                                             Fax: (312) 755 0305
                                             E-mail: briancollins302@sbcglobal.net
                                             Atty. No. 29003

2