IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 CR 521-4 |
| ) | Honorable Judge Susan B. Conlon |
| ) | |
| v. ) | |
| ) | |
| JAVIER CHAVEZ ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Lela D. Johnson
Assistant U.S. Attorney
219 S. Dearborn
Suite 500
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the 26th day of August, 2008, at 9:00 a.m. I shall appear before the Honorable Susan B. Conlon in the United States District Court for the Northern District of Illinois and present the attached **MOTION TO APPOINT EXPERT WITNESS**, a copy of which is hereby served upon you.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003