# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 4 | **DATE** | 8/19/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JAVIER CHAVEZ | | |

**DOCKET ENTRY TEXT**

Defendant Javier Chavez' motion for extension of time to September 1, 2008 to file pretrial motions [43] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|