IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 CR 521-4 |
| | ) | Honorable Judge Susan B. Conlon |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER CHAVEZ | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW COMES**, Javier Chavez, by and through his counsel, Brian M. Collins, and moves this Honorable Court for an extension of time for and in support thereof states as follows:

1. Currently, any Pre Trial Motions that has not been filed must be filed on or before September 1, 2008.

2. After having received discovery materials from the government which were identified as transcripts of telephone conversations, it is completely clear that those materials are not transcripts of telephone conversations but summaries of telephone conversations made by government employees. Some of those summaries of telephone conversations do not even have summary of a telephone call either because the employees of the United States did not feel they were important in the prosecution of the case or for some other reason. However, it necessary to have an interpreter listen to those conversations and translate them into the English language in their full form so that they

may be reviewed with Pre Trial motions in mind as well as with usage at a trial, if there should be one in this matter, or in making a determination about change of plea.

**WHEREFORE,** Javier Chavez respectfully requests that this Court grant his request.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF COOK     )

## PROOF OF SERVICE

I, Brian M. Collins, an attorney, certify and verify that on August 13, 2008 I hand delivered and/or electronically filed a copy of the foregoing **MOTION FOR EXTENSION OF TIME** to:

Lela D. Johnson, A.U.S.A
219 South Dearborn
Suite 500
Chicago, Illinois 60604

                                          Respectfully Submitted,

                                          By: s/ Brian M. Collins

                                          BRIAN M. COLLINS
                                          70 W. Hubbard Street,
                                          Suite 302
                                          Chicago, Illinois 60610
                                          Tel: (312) 755 0303
                                          Fax: (312) 755 0305
                                          E-mail: briancollins302@sbcglobal.net
                                          Atty. No. 29003