## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 4 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JAVIER CHAVEZ (4), ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Javier Chavez' motion for extension of time to file pretrial motions [69] is granted. Defendant Chavez' pretrial motions shall be filed by September 5, 2008. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cr-00521   Document 75   Filed 08/25/2008   Page 1 of 1

08CR521 - 4 UNITED STATES OF AMERICA vs. JAVIER CHAVEZ (4), ET AL                                                            Page 1 of 1