**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 08 CR 521 |
| | ) | Hon. Suzanne Conlon |
| JAVIER CHAVEZ, | ) | Mag. Judge Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   All Attorneys of Record

PLEASE TAKE NOTICE that on September 2, 2008, at 9:00 a.m., we shall appear in Courtroom 1743 of the United States Courthouse, at 210 S. Dearborn Street, and then and there present the Defendant's Motion for Status Regarding Representation, a copy of which is hereby served upon you.

/s/  Michael D. Monico

**CERTIFICATE OF SERVICE**

Michael D. Monico, an attorney, states that the Defendant's Motion for Status Regarding Representation was served on all parties of record that are listed on the Northern District of Illinois' electronic filing system, on August, 26, 2008, before 5:00 p.m.

/s/  Michael D. Monico

MONICO, PAVICH & SPEVACK
20 S. Clark Street, Suite 700
Chicago, Illinois  60603
312-782-8500