## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | **Case No. 08 CR 521-4** |
| | ) | **Honorable Judge Susan B. Conlon** |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER CHAVEZ | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ADOPT

**NOW COMES,** Javier Chavez, by and through his counsel, Brian M. Collins,

and respectfully requests this Court to grant Javier Chavez leave to adopt all of the

motions filed by each of the co-defendants.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

**STATE OF ILLINOIS**      )
                                   ) SS
**COUNTY OF COOK**      )

## PROOF OF SERVICE

I, Brian M. Collins, an attorney, certify and verify that on September 2, 2008, I electronically filed and/or hand delivered a copy of the foregoing **MOTION TO ADOPT,** to:

Lela D. Johnson
Assistant U.S. Attorney
219 S. Dearborn
5th Floor
Chicago, Illinois 60604

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003

2