IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CR 521-4 |
| | ) | Honorable Judge Susan B. Conlon |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER CHAVEZ | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Lela D. Johnson
Assistant U.S. Attorney
219 S. Dearborn
Suite 500
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the 2nd day of September, 2008, I shall file with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, the attached **MOTION TO ADOPT**, a copy of which is hereby served upon you.

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003