IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) Case No. 08 CR 521-4 |
| | ) Honorable Judge Suzanne B. Conlon |
| v. | ) |
| JAVIER CHAVEZ | ) |
| Defendant. | ) |

## MOTION TO HIRE AN EXPERT

**NOW COMES**, Javier Chavez, by and through his court appointed counsel, Brian M. Collins, and moves this Honorable Court to grant him leave to hire an expert witness, Mr. Jose Pina, and in support thereof states as follows:

1. This matter involves a large number of conversations that have been recorded. Many of those conversations are in the Spanish language. Some of them are in Spanish/English and some of them are in English.

2. As of this writing the government has provided all but about 40-50 conversations. All of the transcribed conversations that have been provided by the government have been provided in the English language after review and interpretation by government employees.

3. When counsel initially asked to hire an expert interpreter, all of the conversations had not been received and there was some difficulty by an interpreter consulted by counsel in opening disks and listening to the conversations. Since that time counsel has spoken to Mr. Jose Pina, a court certified Spanish interpreter, to give counsel an idea as to the amount of time that would be required to review the Spanish language recordings

and prepare English transcripts. He is in the process of doing that now.

4. He has advised me as of Tuesday, September, 2, 2008, of the following:

> He has successfully opened all five audio discs to determine their contents. The five audio discs contained hundreds of telephone calls. He could not find the government transcriptions for the recordings on any of the eight discs he received from me. He needs the government transcriptions in order to have a complete review of the scope of the work he will need to do.
>
> Given the high volume of telephone calls involved, he would like to petition the Court for the time it will take him to prepare an estimate for this assignment. Once he receives the government transcriptions he estimates it will take him a minimum of eight hours to process the transcripts/recordings for him to present an accurate estimate cost for Judge Conlon for translation services. He has attached a Request for Authorization of Payment which is attached to this motion.
>
> Should Judge Conlon authorize the transcriptions and he is able to receive all of the government transcripts immediately he advises that it may take several weeks to complete the review given the volume of the calls.

5. With that in mind, counsel renews his requests for the appointment of an expert witness, Mr. Jose Pina, to review the Spanish language recordings and translate them into the English language.

6. With all of that in mind it may be necessary to extend the trial date several weeks in this matter so that all of the preparation can be accomplished prior to the trial date.

**WHEREFORE,** Javier Chavez, respectfully requests this Court grant his motion to hire an expert.

Respectfully Submitted,

By: s/ Brian M. Collins
BRIAN M. COLLINS
70 W. Hubbard Street, Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
Atty. No. 29003

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

**PROOF OF SERVICE**

I, Brian M. Collins, an attorney, certify and verify that on September 2, 2008, electronically filed and/or hand delivered a copy of the foregoing **MOTION TO HIRE EXPERT**, to:

Lela D. Johnson
Assistant U.S. Attorney
219 S. Dearborn
5th Floor
Chicago, Illinois 60604

                                      Respectfully Submitted,

                                      By: s/ Brian M. Collins
                                      BRIAN M. COLLINS
                                      70 W. Hubbard Street, Suite 302
                                      Chicago, Illinois 60610
                                      Tel: (312) 755 0303
                                      Fax: (312) 755 0305
                                      Atty. No. 29003

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)      Hon. Suzanne B. Conlon

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| NDIL | Javier Chavez (4) | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 08-CR-521-4 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Sanchez, et al. | [X] Felony   [ ] Petty Offense<br>[ ] Misdemeanor   [ ] Other<br>[ ] Appeal | [X] Adult Defendant   [ ] Appellant<br>[ ] Juvenile Defendant   [ ] Appellee<br>[ ] Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[X] Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____ Date _____

[X] Panel Attorney   [ ] Retained Attorney   [ ] Pro-Se   [ ] Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Atty. Brian M. Collins    70 W. Hubbard St., Ste. 302
Chicago, IL 60610    Telephone Number: (312) 755-0303

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)

Request for Auth. to bill (1/2 to 1) day in order to prepare an estimate of the cost of the interpreter review of discovery audio recordings which requires the processing of hundreds of call on (5) .wav file discs[+]

14. TYPE OF SERVICE PROVIDER

| | | | |
|---|---|---|---|
| 01 [ ] Investigator | | 15 [ ] Other Medical | |
| 02 [X] Interpreter/Translator | | 16 [ ] Voice/Audio Analyst | |
| 03 [ ] Psychologist | | 17 [ ] Hair/Fiber Expert | |
| 04 [ ] Psychiatrist | | 18 [ ] Computer (Hardware/Software/Systems) | |
| 05 [ ] Polygraph | | 19 [ ] Paralegal Services | |
| 06 [ ] Documents Examiner | | 20 [ ] Legal Analyst/Consultant | |
| 07 [ ] Fingerprint Analyst | | 21 [ ] Jury Consultant | |
| 08 [ ] Accountant | | 22 [ ] Mitigation Specialist | |
| 09 [ ] CALR (Westlaw/Lexis, etc.) | | 23 [ ] Duplication Services (See Instructions) | |
| 10 [ ] Chemist/Toxicologist | | 24 [ ] Other (Specify) | |
| 11 [ ] Ballistics | | | |
| 13 [ ] Weapons/Firearms/Explosive Expert | | | |
| 14 [ ] Pathologist/Medical Examiner | | | |

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES   [ ] NO

**CLAIM FOR SERVICES AND EXPENSES**     **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation ($204.00 to $376.00) | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

José A. Piña    8 West Monroe Street, #507
Federally Certified Court Interpreter    Chicago, IL 60603-2433
TIN: 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
Telephone Number: (312) 735-0570

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   [ ] Final Payment   [X] Interim Payment Number _____   [ ] Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. [ ] Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
[ ] Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____

[3]Mario Diaz Calls,[1]Rojas Phone Calls and [1]Sanchez Phone Calls. [5]discs.